UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

RAVEN INDUSTRIES, INC.,            Civ. No. 09-4118

         Plaintiff,

v.

SWISSLOG d/b/a TRANSLOGIC     **STIPULATION FOR AND JUDGMENT**
CORPORATION,                          **OF DISMISSAL**

         Defendants.

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their attorneys of record, that this action, in its entirety, may be dismissed upon its merits, with prejudice, each of the parties to bear their own costs.

Dated this __30__ day of July, 2010.

                                     /s/     *Michael F. Tobin*
                                  Gary J. Pashby
                                  Michael F. Tobin
                                  BOYCE, GREENFIELD, PASHBY & WELK, L.L.P.
                                  101 North Phillips Avenue, Suite 600
                                  P.O. Box 5015
                                  Sioux Falls, SD 57117-5015
                                  (605) 336-2424
                                  gjpashby@bgpw.com
                                  mftobin@bgpw.com
                                  Attorneys for Plaintiff

Dated this 28th day of July, 2010.

                                   *Pamela Bollweg*
                                  Scott A. Abdallah
                                  Pamela R. Bollweg
                                  Johnson, Heidepriem & Abdallah, LLP
                                  431 North Phillips Avenue, Suite 400
                                  P.O. Box 2348
                                  Sioux Falls, SD 57101-2348
                                  Attorneys for Defendants