UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
AUG 03 2010

******************************************************************

| | | |
|---|---|---|
| RAVEN INDUSTRIES, INC., | * | CIV 09-4118 |
| Plaintiff, | * | |
| vs. | * | JUDGMENT |
| SWISSLOG, d/b/a Translogic Corporation, | * | |
| Defendant. | * | |

******************************************************************

Based upon the Stipulation for and Judgment of Dismissal, Doc. 27, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff and the Counterclaim of the Defendant are hereby dismissed upon the merits, with prejudice, and with each party to pay their own costs and attorney's fees.

Dated this 3rd day of August, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY Colleen Schulte
DEPUTY